# Exhibit A

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

Charge Presented To: Agency(ies) Charge No(s):

☐ FEPA

☒ EEOC 440-2026-08449

**Illinois Department of Human Rights** and EEOC

*State or local Agency, if any*

| Name *(indicate Mr., Ms., Mrs., Mx.)* | Home Phone *(Incl. Area Code)* | Date of Birth |
|---|---|---|
| Ms. Tyrone Armwood (goes by Ty Armwood; she/her) | [redacted] | |

[redacted]

| Street Address | City, State and ZIP Code | Email Address |
|---|---|---|
| c/o Nathan C. Volheim, Sulaiman Law Group, 2500 S. Highland Ave., #200, Lombard, IL 60148 (employment@ atlaslawcenter.com) | | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| Sunrun Inc. | 15+ | (708) 250-0683 |

| Street Address | City, State and ZIP Code | Email Address |
|---|---|---|
| 15637 S 94th Ave | Orland Park, IL 60462-4722 | Unknown |

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| | 15+ | |

| Street Address | City, State and ZIP Code | Email Address |
|---|---|---|
| | | |

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☐ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☐ NATIONAL ORIGIN

☑ RETALIATION ☐ AGE ☑ DISABILITY ☐ GENETIC INFORMATION

☐ OTHER *(Specify below.)*

DATE(S) DISCRIMINATION TOOK PLACE

| Earliest | Latest |
|---|---|
| 3/2026 | 5/16/2026 |

☐ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I,Ty Armwood (disabled), was employed by Sunrun Inc. as a Retail Specialist from on or about February 9, 2026, until on or about May 16, 2026, when I was unlawfully terminated on the basis of my disability and in retaliation for requesting reasonable accommodations. I have a physical impairment that substantially limits major life activities. Regardless of my disability, I was qualified to perform the essential functions of my job, with or without reasonable accommodation.

The following is a non-exhaustive list of the disability discrimination, harassment, and retaliation I was subjected to:

I have heart failure, and I rely on an LVAD machine and batteries to support my medical condition. During my employment, my retail leader, Laura Jibson, constantly antagonized and micromanaged me. In or around March 2026, I stored my purse containing batteries for my LVAD machine inside a podium at work. Laura took the podium away and stated, "We are not supposed to just be standing at the podium. We have to be working." Prior to this incident, I had received good reviews from others and storing my belongings there had not been an issue. I informed Laura that my batteries for my machine were stored in the podium. Laura asked me if I had a car, and when I confirmed that I did not, she told me to be friendly with Home Depot employees to find places to store my belongings. Laura still removed the podium. After this incident, Laura regularly micromanaged me whenever she was in the store.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY – *When necessary for State and Local Agency Requirements*

I declare under penalty of perjury that the above is true and correct.

06/19/2026

*Date* *Charging Party Signature*

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
*(month, day, year)*

EEOC Received 06-19-2026

The signed document can be validated at https://app.vinesign.com/Verify

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

Charge Presented To: [ ] FEPA [X] EEOC

Agency(ies) Charge No(s):

**Illinois Department of Human Rights** and EEOC

*State or local Agency, if any*

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s))*:

Around Easter weekend of 2026, Laura Jibson informed me that she would be shadowing me during my shift. At the time, I was not feeling well and was also dealing with homelessness, but I still reported to work and performed my job duties. Because I was not feeling well, I was not moving as quickly as usual, and Laura criticized me for working too slowly. Although she claimed she was there to shadow me, she did not remain with me while I worked; when I looked back, she was talking with another employee and was not paying attention to what I was doing. Despite this, she became upset with me for continuing to do my job without her. I worked my scheduled hours until my designated lunch break and followed company procedure by clocking out and notifying the group chat that I was going to lunch. Laura then questioned why I did not personally find her to inform her of my lunch break, despite the fact that she had not been present and I had followed the proper procedure. When I asked whether she could make up for the time I had already lost while I was clocked out and then discuss the issue afterward, Laura instead instructed me to go home for the remainder of the day. I reported the incident to my supervisor, who agreed that Laura was wrong and restored the time I had lost. This incident was part of a continuing pattern of Laura antagonizing me.

In or around April 2026, I reached out to the head manager regarding Laura's treatment of me and was advised to contact Human Resources ("HR"). Around that time, I began compiling medical documentation for purposes of obtaining reasonable accommodations related to my heart failure, including the ability to sit down if I became tired or experienced a flare-up. Prior to my accommodation request, Laura Gipson told me there was no "sitting on the job" although I observed other employees being permitted to sit while working. I also reported the issues involving the podium and Laura's treatment of me. The official deadline for me to provide my medical documentation was on or about May 19, 2026.

On or about May 7, 2026, I observed another retail specialist using the podium in the store while Laura was present and no issue was raised. At that point, I had been under the impression that nobody was allowed to use the podium. I took a video of the incident. There were also times during my employment when my blood pressure was low and I was met with little sympathy.

On or about May 16, 2026, Laura terminated my employment for allegedly "not making 2 sales in one month within 90 day probation." However, I made more than two sales during my employment. Before my termination, I was required to erase my iPad, which prevented me from retaining proof of my sales, though Sunrun maintains those records.

I requested reasonable accommodations related to my disability, including the ability to sit down during flare-ups or periods of fatigue. My employer effectively denied my request for reasonable accommodation, failed to engage with me in the interactive process to determine an appropriate accommodation as required by the ADA, subjected me to disability-based harassment, and ultimately terminated my employment on the basis of my disability and in retaliation for requesting accommodations.

Thus, I have been discriminated against because of my disability and retaliated against in violation of the Americans with Disabilities Act, as amended and (775ILCS 5/) Illinois Human Rights Act.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY – *When necessary for State and Local Agency Requirements*

I declare under penalty of perjury that the above is true and correct.

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT

06/19/2026

*Date*

*Charging Party Signature*

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)*